**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STEPHEN KNUTH,

      Plaintiff,

v.                                      Case No.  3:19-cv-28-J-34MCR

NELNET GUARANTOR SOLUTIONS,
LLC, a/k/a Nelnet, Inc.,

      Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss Plaintiff's Verified Complaint (Dkt. No. 16; Motion) filed on March 25, 2019.   Plaintiff filed his Amended Verified Complaint (Dkt. No. 21) on April 15, 2019, which rendered moot the parties' previous pleadings.   See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is

**ORDERED:**

Defendant's Motion to Dismiss Plaintiff's Verified Complaint (Dkt. No. 16) is **DENIED as MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of April, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record