UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN KNUTH,

    Plaintiff,

v.                                      Case No.   3:19-cv-28-J-34MCR

NELNET GUARANTOR SOLUTIONS,
INC., a/k/a Nelnet, Inc.,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Motion to Stay Discovery and the Unexpired Pre-Trial Deadlines and Memorandum of Law in Support (Dkt. No. 39; Motion) filed on January 21, 2020.   In the Motion, the parties request that the Court stay discovery and the unexpired pre-trial deadlines until matters that may impact this case are decided by the United States Supreme Court and the Eleventh Circuit Court of Appeals.   See Motion at 1.   After due consideration, it is

**ORDERED:**

1. The Joint Motion to Stay Discovery and the Unexpired Pre-Trial Deadlines and Memorandum of Law in Support (Dkt. No. 39) is **GRANTED**.

2. This case is **STAYED**, and the Clerk of the Court is directed to administratively close the case pending further Order of the Court.

3. The parties are directed to file a joint status report on **July 22, 2020**, and every **sixty (60) days** thereafter.

4. The parties are further directed to file a motion to lift the stay 30 days after the issuance of the last opinion by the Supreme Court or the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of January, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record